**Opinion issued July 28, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00616-CR

———————————

## IN RE OSWALD GEORGE LEE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Oswald George Lee, acting pro se, has filed a petition for writ of mandamus challenging the 2003 revocation of his deferred adjudication probation.* We **deny** the petition.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).

---

\* The underlying case is *The State of Texas v. Oswald George Lee*, cause number 9130350, in the 180th District Court of Harris County, Texas, the Honorable Catherine Evans presiding.